**Affirmed and Opinion Filed September 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00816-CR

**HECTOR JESUS CLAUDIO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB14-04542-B**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Stoddart
Opinion by Justice Stoddart

Hector Jesus Claudio was convicted, following the adjudication of his guilt of obstructing a passageway. *See* TEX. PENAL CODE ANN. § 42.03(a) (West 2011). The trial court assessed punishment at 180 days' confinement in jail, probated for eighteen months, and a $300 fine. We adopted the trial court's finding that appellant no longer desires to pursue the appeal, and we ordered the appeal submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/Craig Stoddart/

CRAIG STODDART
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150816F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

HECTOR JESUS CLAUDIO, Appellant

No. 05-15-00816-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 2, Dallas County, Texas
Trial Court Cause No. MB14-04542-B.
Opinion delivered by Justice Stoddart, Chief Justice Wright and Justice Fillmore participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 16th day of September, 2015.